EDOK Criminal Complaint (Revised 6/13)

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff,*<br><br>v.<br><br>NICHOLAS LANE SPEARMAN,<br><br>　　　　　　*Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No. 23-MJ-97-GLJ |

　　　I, Adam Noble, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

　　　On or about April 28, 2022, in the Eastern District of Oklahoma, in Indian Country, the defendant committed the offense of Murder in Indian Country, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153, and Use, Carry, Brandish, and Discharge of a Firearm during and in relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)-(iii).

　　　I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

　　　(See attached Affidavit of Adam Noble, which is attached hereto and made a part hereof by reference.)

☒　　Continued on the attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Adam Noble, Special Agent
　　　　　　　　　　　　　　　　　　　　　　　　　Federal Bureau of Investigation

Sworn to:

Date: April 17, 2023

GERALD L. JACKSON
UNITED STATES MAGISTRATE JUDGE　　　　　_____
Name and Title of Judicial Officer　　　　　　　　　Signature of Judicial Officer



## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Noble, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since approximately June 2021. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in Title 18, Title 21, and Title 26 of the United States Code.

2. I am currently assigned to the FBI's Oklahoma City Field Office, Fort Smith Resident Agency where my duties involve investigating criminal violations of federal law, including crimes occurring in Indian Country.

3. Prior to my employment with the FBI, I was employed by the Clarksville Police Department in Clarksville, Tennessee. During my tenure at the Clarksville Police Department, I maintained various roles, including patrol officer, crisis negotiator, and a Detective assigned to the District One Criminal Investigative Unit. While employed by the Clarksville Police Department, I attended a variety of law enforcement training schools and courses, including the Tennessee Law Enforcement Training Academy (TLETA).

4. During my career, I have led, participated, and assisted in the investigation and prosecution of numerous cases, including violent crimes such as homicides, robberies, burglaries, assaults, arson, and crimes against children. I have conducted physical and electronic surveillance and have participated in the execution of state and federal search warrants.

5. The statements contained in this Affidavit are based on information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, independent investigation, and my experience, training, and background as a Special Agent with the FBI.

6. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that Nicholas Lane Spearman ("Spearman") violated federal law, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part. The following is true to the best of my knowledge and belief.

## PROBABLE CAUSE

7. As will be shown in this Affidavit, there is probable cause to believe that Spearman committed the offenses of Murder in Indian Country, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153, and Use, Carry, Brandish, and Discharge of a Firearm during and in relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)-(iii), in the Eastern District of Oklahoma, within the boundaries of the Choctaw Nation of Oklahoma.

8. VENUE: The facts and circumstances alleged in this Affidavit occurred within the Eastern District of Oklahoma. Based on the Supreme Court decision in *McGirt v. Oklahoma* (2020), and its progeny, the below-described location is within the geographic boundaries of the Choctaw Nation of Oklahoma, and therefore is within Indian Country.

9. DEFENDANT: The defendant is Nicholas Lane Spearman, a registered member of the Choctaw Nation of Oklahoma, with some quantum of Indian blood. Spearman possesses a

Certificate Degree of Indian Blood (CDIB) through the Choctaw Nation of Oklahoma ("Choctaw Nation").

10. On or about April 28, 2022, Spearman entered T.V.'s residence in Longtown, Oklahoma carrying a Marlin .22 caliber magnum Model 25MN rifle. Spearman approached T.V., who was seated at a table. Spearman pointed the rifle at T.V. and fired one round into T.V.'s head.

11. The projectile entered T.V.'s right frontal scalp, perforating the skin and soft tissue, the right frontal skull, right frontal lobe, right parietal lobe, and right occipital lobe. The projectile then penetrated the right occipital skull. Fragments of the projectile were recovered from T.V.'s right occipital skull during the autopsy performed by the State of Oklahoma's Office of Chief Medical Examiner. The Assistant Medical Examiner who performed the autopsy on T.V. opined that T.V.'s cause of death was the gunshot wound to the head, and classified T.V.'s manner of death as homicide.

12. D.J., T.V.'s 76 year-old aunt, witnessed the homicide. In her interviews with law enforcement officers from the Pittsburg County Sheriff's Office (PCSO), D.J. informed officers she saw a white, midsize sedan traveling away from the residence when looking outside immediately after the shooting. However, D.J. did not identify Spearman as the shooter, and actually identified another individual, D.H., as the perpetrator. PCSO deputies investigated D.H. and were able to confirm parts of his alibi for T.V.'s homicide.

13. With no viable suspects, the investigation into T.V.'s homicide stalled.

14. On or about April 1, 2023, Spearman voluntarily entered the Stigler Police Department and stated to officers he was there to confess to the murder of T.V. in Longtown, Oklahoma. Spearman was advised of his *Miranda* rights and that he was not under arrest. Spearman was also advised officers with the Stigler Police Department had no jurisdiction and

were waiting on county deputies to arrive. Spearman confirmed he was a tribal member after a Choctaw Nation officer arrived at the police department.

15. In the presence of the tribal officer, Spearman said that he used to obtain methamphetamine and other drugs from T.V. Spearman said he had moved to Tulsa and gotten cleaned up. However, according to Spearman, T.V. reached out through an unidentified messenger to threaten Spearman's family members. Spearman said that he saw no way out, so he went to his parents' house and got his grandfather's gun, drove over to T.V.'s house, and shot T.V. Spearman stated he had a heavy weight on him knowing that he got away with murdering T.V.

16. Spearman told officers where the gun he used to murder T.V. was stored. A search warrant was executed for that location, and a Marlin .22 caliber magnum Model 25MN was seized as evidence. Additionally, during the search, officers spoke with D.S., Spearman's father. During that discussion, D.S. stated Spearman drove a white Lincoln Town car at the time of the homicide, but the car was driven into a lake a short time after the homicide. A white Lincoln Town car would be consistent with D.J.'s description of the sedan she saw leaving immediately after the homicide.

17. Spearman was subsequently booked into the Pittsburg County Criminal Justice Center and is currently incarcerated there.

18. Based on a review of this case, my knowledge, training, and experience, I have probable cause to believe that on or about April 28, 2022, Nicholas Lane Spearman committed the offenses of Murder in Indian Country in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153, and Use, Carry, Brandish, and Discharge of a Firearm during and in relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)-(iii).

Respectfully Submitted,

_____
Adam Noble, Special Agent
Federal Bureau of Investigation

Sworn to this 17th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA